UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ANIYA ROMAINGER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C19-1571-MLP<br><br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council will instruct the administrative law judge (ALJ) to further develop the record and issue a new decision. The ALJ may offer Plaintiff the opportunity for a hearing and will reevaluate the severity of Plaintiff's impairments. Specifically, the ALJ will reevaluate the medical source evidence and opinions, including those of Dana Laffin, Ph.D., and Linda J. Gromko, M.D.; Plaintiff's subjective complaints; and third-party statements. As appropriate, the ALJ will proceed with the sequential evaluation process and obtain medical expert evidence or vocational expert evidence as warranted.

Page 1     ORDER OF REMAND - C19-1571-MLP

Upon proper application, the Court will consider whether reasonable attorney fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 6th day of May, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3858
Fax:  (206) 615-2531
lisa.goldoftas@ssa.gov